UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Matthew Henderson,<br><br>    Plaintiff,<br><br>    v.<br><br>Catalyst Software, Inc., et al,<br><br>    Defendant. | Civil Action No. 2:23–cv–48 |

## **ORDER**

On or before April 14, 2023, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 5th day of April 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge